OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

WR-83,620-01

9/9/2015
PATTON, RONALD D.      Tr. Ct. No. D1DC14205610
On this day, this Court has denied applicant's "MOTION FOR LEAVE TO FILE
DENIED WITHOUT WRITTEN ORDER"

Abel Acosta, Clerk

RETURN TO SENDER

[] FAILED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

RONALD D. PATTON
TRAVIS COUNTY CORRECTIONAL COMPLEX
3614 BILL PRICE ROAD
DEL VALLE, TX 78617

UTF

B

43B  78617